# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>    v.<br><br>FLOYD BENIGNI, et al.,<br><br>    Defendants. | Case No.: 4:13-cv-5190-KAW<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

   Plaintiff commenced this ADA case on November 7, 2013.  According to the procedural order entered in this action, the last day for Plaintiff to complete service on the defendants or file a motion for administrative relief from the deadline was January 6, 2014.  *See* Scheduling Order at 1, Dkt. No. 4; General Order 56 ¶ 1.  As of the date of this order, Plaintiff has not filed the required proof of service or a motion for administrative relief.

   Accordingly, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall file a written response to this order to show cause within 14 days.

   IT IS SO ORDERED.

DATE: January 22, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge